Decided June 29, 2006

## REGINALD REESE *v.* COMMISSIONER OF CORRECTION

The petitioner Reginald Reese's petition for certification for appeal from the Appellate Court, 95 Conn. App. 668 (AC 25772), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*C. Robert Satti, Jr.*, senior assistant state's attorney, in opposition.

Decided June 29, 2006